UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIRGINIA PEERA,

       Plaintiff,

    v.

COSTCO WHOLESALE CORP.,

       Defendant.

Case No. 22-cv-05649-NC

**ORDER IN RESPONSE TO NOTICE OF SETTLEMENT**

Re: ECF 40

The Court acknowledges and appreciates the Notice of Settlement filed by the parties on September 29, 2023.  The parties request a 60-day stay of the case.  The Court will grant in part the requested stay.  The Court stays the case until October 31, 2023, and vacates the October 11 CMC.  By October 31 the parties must file a request for dismissal or a joint status update.  The Court will retain the pretrial conference (11/29/2023) and trial (12/11/2023) in case the settlement is not completed.

     **IT IS SO ORDERED.**

Dated:  September 30, 2023

_____

NATHANAEL M. COUSINS
United States Magistrate Judge

United States District Court
Northern District of California